COSTELLO *et al. v.* KENSINGTON IRON & COAL CO.

LUMPKIN, J. Under the pleadings and evidence, there was no abuse of discretion in enjoining both plaintiff and defendant from mining or removing ore from the land involved in the controversy.

*Judgment affirmed. All the Justices concur.*

Argued October 28,—Decided November 12, 1907.

Injunction. Before Judge Wright. Walker superior court. September 16, 1907.

*R. M. W. Glenn* and *Payne & Payne,* for plaintiffs in error.
*McHenry & Porter,* contra.